FILED
2018 NOV -9 PM 2: 12
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:18 CR 666 |
| v. | ) | JUDGE BOYKO |
| | ) | Title 18, Sections 922(g)(2), |
| SHAWN CHRISTY, | ) | 924(a)(2), and 924(d)(1), United |
| | ) | States Code; Title 28, Section |
| Defendant. | ) | 2461(c), United States Code |

COUNT 1
(Possession of Firearm/Ammunition by a Fugitive from Justice,
in violation of 18 U.S.C. §§ 922(g)(2) and 924(a)(2))

The Grand Jury charges:

1.  On or about September 21, 2018, in the Northern District of Ohio, Eastern Division, Defendant SHAWN CHRISTY, then being a fugitive from justice, did knowingly possess a firearm and ammunition, specifically: an AMT pistol, model Back-up, .380 caliber, bearing serial number A40898; and four rounds of Winchester brand, .380 caliber ammunition, said firearm and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2.  For the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant SHAWN CHRISTY shall forfeit to the United States any and

all property (including firearms and ammunition) involved in or used in the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.